FILED
VANESSA L. ARMSTRONG, CLERK

MAY 22 2013

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

INDICTMENT

NO. 3:13CR-83-S

ANTHONY D. SMITH, aka "Blackjack"
(cts 1, 3, 4, 15)
MONIKA J. SMITH (cts. 2, 9)
WILLIAM R. SMITH, aka "Ray Ray"
(cts. 1, 2, 5, 6, 7, 8)
KENDRICK C. BROWN, aka "Stacks"
(ct. 2)
CHARLES A. REED (cts. 1, 3)
ERIC DRYDEN (cts. 1, 4)
JOYCE VICKIE SMITH
(cts. 1, 2, 10, 11, 12, 13, 14, 15)
JOSEPH WHITFIELD (cts. 2, 9)
CLARK BROWN (ct. 1)
KINTE BROWN (ct. 1)
DEON CRUMES (cts. 1, 5)
MIKE MILLER (ct. 2)
MELVIN YOUNG, aka "Dead" (ct. 2)
ANDRE L. ONEAL (cts. 1, 7)

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 2
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1

From in or about April, 2011 until on or about April 30, 2013, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **ANTHONY D. SMITH aka "Blackjack", JOYCE VICKIE SMITH, WILLIAM R. SMITH aka "Ray Ray", CHARLES A. REED, ERIC DRYDEN, CLARK BROWN, KINTE BROWN, ANDRE L. ONEAL,** and **DEON CRUMES,** knowingly and intentionally conspired with each other and others, to possess with the intent to distribute and to distribute 5 kilograms or more of a mixture

1

and substance containing cocaine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 2

From on or about February 26, 2013 until on or about April 30, 2013, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **MONIKA J. SMITH, JOYCE VICKIE SMITH, WILLIAM R. SMITH aka "Ray Ray", KENDRICK C. BROWN aka "Stacks", JOSEPH WHITFIELD, MIKE MILLER,** and **MELVIN YOUNG aka "Dead"**, knowingly and intentionally conspired with each other and others, to possess with the intent to distribute and to distribute 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812, in violation of Title 21, United States , Section 841(a)(1).

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 3

On or about April 30, 2013, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ANTHONY D. SMITH aka "Blackjack"** and **CHARLES A. REED,** aided and abetted by each other and others, knowingly and intentionally possessed with the intent to distribute and distributed 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 4

On or about April 22, 2013, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ANTHONY D. SMITH aka "Blackjack"** and **ERIC DRYDEN**, aided and abetted by each other and others, knowingly and intentionally possessed with the intent to distribute and distributed 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 5

On or about September 24, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **WILLIAM R. SMITH aka "Ray Ray"**, and **DEON CRUMES**, aided and abetted by each other and others, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 6

On or about November 23, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **WILLIAM R. SMITH aka "Ray Ray"**, aided and abetted by others, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 7

On or about November 29, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **WILLIAM R. SMITH aka "Ray Ray" and ANDRE L. ONEAL**, aided and abetted by each other and others, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 8

On or about December 19, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **WILLIAM R. SMITH aka "Ray Ray"**, aided and abetted by others, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 9

On or about April 19, 2013, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **MONIKA J. SMITH**, and **JOSEPH WHITFIELD**, aided and abetted by each other and others, knowingly and intentionally possessed with the intent to distribute and distributed 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 10

On or about June 11, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JOYCE VICKIE SMITH**, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing heroin, a Schedule I controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 11

On or about June 18, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JOYCE VICKIE SMITH**, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing heroin, a Schedule I controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 12

On or about June 26, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JOYCE VICKIE SMITH**, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing heroin, a Schedule I controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 13

On or about July 3, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JOYCE VICKIE SMITH**, knowingly and intentionally possessed

with the intent to distribute and distributed a mixture and substance containing heroin, a Schedule I controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 14

On or about November 29, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JOYCE VICKIE SMITH**, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing heroin, a Schedule I controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 15

On or about January 22, 2013, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JOYCE VICKIE SMITH**, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing heroin, a Schedule I controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 16

On or about April 30, 2013, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ANTHONY D. SMITH aka "Blackjack"**, being a person who had

7

Case 3:13-cr-00083-CRS  Document 20  Filed 05/22/13  Page 8 of 12 PageID #: 69

been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

| Date | Indictment | Charges | Jurisdiction |
|---|---|---|---|
| 5-17-2000 | 96CR2759 | Assault 1st Degree | Jefferson Co., KY |

knowingly possessed, in and affecting commerce, a firearm, to wit: a Taurus PT 24/7 pro .45 caliber pistol Serial Number: nzk52415; a Glock 27 Serial Number: nde561; and a Steyr .40 caliber Serial Number 018576.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(b), 846, as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **ANTHONY D. SMITH aka "Blackjack", MONIKA J. SMITH, WILLIAM R. SMITH aka "Ray Ray", KENDRICK C. BROWN aka "Stacks", CHARLES A. REED, ERIC DRYDEN, JOYCE VICKIE SMITH, JOSEPH WHITFIELD, CLARK BROWN, KINTE BROWN, DEON CRUMES, MIKE MILLER , MELVIN YOUNG aka "Dead", and ANDRE L. ONEAL**, shall forfeit to the United States pursuant to Title 21 United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of said offense, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations and involved in the offenses as alleged in this Indictment.

Furthermore, as a result of committing an offense in violation of Title 18, United States code, Section 922(g)(1) and 924(a)(2), as alleged in this Indictment, a felony punishable by imprisonment for more than one year, the defendants, **ANTHONY D. SMITH aka "Blackjack", MONIKA J. SMITH, WILLIAM R. SMITH aka "Ray Ray", KENDRICK C. BROWN aka "Stacks", CHARLES A. REED, ERIC DRYDEN, JOYCE VICKIE SMITH, JOSEPH WHITFIELD, CLARK BROWN, KINTE BROWN, DEON CRUMES, MIKE MILLER , MELVIN YOUNG aka "Dead", and ANDRE L. ONEAL**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to a Taurus PT 24/7 pro .45 caliber pistol Serial Number: nzk52415; a Glock 27 Serial Number: nde561; and a Steyr .40 caliber Serial Number 018576.

All pursuant to Title 21 United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28 United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
DAVID J. HALE
UNITED STATES ATTORNEY

JSD:5-21-13

9

UNITED STATES OF AMERICA v. ANTHONY D. SMITH, ET AL.

## PENALTIES

| | |
|---|---|
| Counts 1-3: | NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs. Supervised Release (each count) |
| | NL 20 yrs./NM Life/$20,000,000/both/NL 10 yrs. Supervised Release |
| | (With notice of one prior felony drug conviction) |
| | NL Life/$10,000,000/both) |
| | (With notice of two prior felony drug convictions) |
| Counts 4, 9: | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release (each count) |
| | NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs. Supervised Release |
| | (With notice of one prior felony drug conviction) |
| Count 5-8, 10-15: | NM 20 yrs./$1,000,000/both/NM 3 yrs. Supervised Release |
| | NM 30 yrs./$1,000,000/both/NM 3 yrs. Supervised Release |
| | (With notice of one prior felony drug conviction) |
| Counts 16: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Forfeiture | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor: $ 25 per count/individual     Felony: $100 per count/individual
                     $125 per count/other                  $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

    1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        <u>For offenses occurring after December 12, 1987:</u>

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.
        15% of fine balance if payment more than 90 days late.

    2.     Recordation of a **LIEN** shall have the same force and effect as a tax lien.

    3.     Continuous **GARNISHMENT** may apply until your fine is paid.
           18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Co<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

FILED
VANESSA L. ARMSTRONG, CLERK
MAY 22 2013
U.S.
WEST'N. DIST. KY

No. _____

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA
vs.
ANTHONY D. SMITH aka "Blackjack"

MONIKA J. SMITH; WILLIAM R. SMITH aka "Ray Ray"

KENDRICK C. BROWN aka "Stacks"

CHARLES A. REED; ERIC DRYDEN; JOYCE VICKIE

SMITH; JOSEPH WHITFIELD; CLARK BROWN;

KINTE BROWN; DEON CRUMES; MIKE MILLER;

MELVIN YOUNG; ANDRE L. ONEAL

## INDICTMENT
Title 21 U.S.C. §§ 846; 841(b)(1)(A); 841(a)(1); 841(b)(1)(B); 841(b)(1)(C);
Title 18 U.S.C. §§ 2; 922(g)(1); 924(a)(2):
Conspiracy to Possession with the Intent to Distribute and Distribution of Cocaine; Aiding and Abetting; Possession with the Intent to Distribute and Distribution of Cocaine and Heroin; Felon in Possession of Firearms.

*A true bill.*

_____
*Foreman*

*Filed in open court this* 22nd *day, of* May, A.D. 2013.

_____
*Clerk*

*Bail, $*