To The Honorable Charles R. Simpson III

FILED
VANESSA L. ARMSTRONG, CLERK
SEP 11 2013
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Your Honor I am writing you because I am receiving Ineffective Assistance Counseling from my Attorney, Mr Mark Wettle. He is not helping me in any form or fashion. I have no contact with him, he will not file any motions that I request, we argue, we dont get along, he does not keep me updated on my case, he cant tell me why I'm incarcerated, he only says that I am on the indictment, the only time I talk to him is at court. With all due respect Your Honor I am asking to be appointed a more proffesional Attorney. I sincerely thank you for your time Your Honor and truly hope that I am not causing to much trouble.

Sincerely
Dean Grimes    Case # 3:13CR-83-5

Dean R. Gouves
300 Shaw Station Rd
Leitchfield, Ky 42754

LOUISVILLE KY 400
05 SEP 2013 PM 4 L

Honorable Charles R. Simpson
601 W. Broadway
Louisville, Ky 40202

FILED
VANESSA L. ARMSTRONG, CLERK
SEP 11 2013
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

4020222772