## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**VS.**                                          **CRIMINAL ACTION NO. 3:13CR-83-CRS**

**DEON CRUMES**                                                       **DEFENDANT**

### ORDER ON *EX PARTE* HEARING

An *ex parte* hearing was held on October 11, 2013 regarding the Defendant's motion to reappoint counsel (DN 158). The Defendant, Deon Crumes, was present, in custody, with appointed counsel, Mark Wettle.  The proceedings were recorded by Court Reporter Dena Legg.

The Court discussed the motion with the Defendant and questioned him as to the details of the claimed conflict. As fully stated on the record, the Defendant failed to show good cause to support his motion.  An indigent defendant does not have the right to appointment of counsel of his choice.  *U.S. v. Iles, 906 F.2d 1122, 1130 (6th Cir. 1990).* There was no evidence of a conflict between appointed counsel and the Defendant so great that it has resulted in a total lack of communication preventing an adequate defense.  *Id., at 1331, Fn 8.*

**IT IS HEREBY ORDERED** that the motion to reappoint counsel (DN 158) is **DENIED.**

**IT IS FURTHER ORDERED** that the official transcript of these proceedings shall be **filed under seal.**

cc:      Counsel of Record

0|30