Deon Crumes
13cr83-11-CRS

Motion to Substitute Atty

To: The Honorable Charles R. Simpson III

FILED JS
12-28-13

14 JAN 16 AM 10:21

Your Honor I am writing again in my concerns about my appointed attorney Mr. Mark Wettle. Mr. Wettle has and is still proven to be ineffective counsel in my behalf. When I last wrote you, I explained to you about the non-communication, lack of being a attorney at all, well nothing has changed, its only gotten worse. Last time we went to court to see if Mr. Wettle was showing ineffective counsel, Mr. Wettle lied and actually committed perjury by saying I told him that I didn't want my audio or video because I had no way to listen to them. All my calls are recorded, I have been incarcerated from May 30"2013" until now and I give my full permission to listen to all my calls" I give my client and attorney confidentiality up so that you can see that Mr. Wettle lied in court. He also said that my fiancee asked him to put in a motion for me to have a seperate trial, which she did not. Mr. Wettle still hangs the phone up on me and my family, he still avoids my families phone calls, they call him another number because he does not answer from their number, and the few times they have talked to him, he was very disrespectful. Your Honor I know that I don't have a paid attorney, but I would like to have an Attorney that I can talk too without him or her trying to coerce me into saying or admitting to something that is not true. He is basically trying to scare me and my family by telling me I will get life if I don't admit to some things I don't know about. Your Honor I know that I am far from an Angel but I can't take claim for things I am not involved in. I know my involvement in this case and I am willing to take full responsibility for that and nomore.

Your Honor if possible I would like to talk to the United States Attorney myself. Your Honor I am truly thankful for your time, I hope you have a blessed day. Deon Raymond Crumes

Dean Loomes
330 Shaw Station Road
Leitchfield, KY 42754

The Honorable Charles R. Simpson III
601 West Broadway
Louisville, KY 40202