UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(filed electronically)

Criminal No. 3:13 CR-00083-CRS

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.

DEON CRUMES                                                                  DEFENDANT

RESPONSE TO DEFENDANT'S
MOTION TO SUBSTITUTE COUNSEL

Counsel for Deon Crumes, Mark Wettle replies to Deon Crumes pro se motion to substitute counsel filed January 16, 2014 as follows:

Deon Crumes has filed a second motion to substitute counsel, the first having been denied after a hearing. In this motion M. Crumes has raised again several of his complaints voiced in his first motion. Without having to address, once again, the substance of Mr. Crumes' complaints, it is apparent that an animus has developed between Mr. Crume and his present counsel that has impeded his effective representation. While Mr. Crume is not entitled to a counsel of his choice, ideally he should have a counsel he is willing to work with. As Mr. Crume has refused to meet with undersigned counsel and accused me of working on behalf of the government, it is now more than apparent that a working relationship between present counsel and Mr. Crumes does not exist. For these reasons undersigned counsel does not oppose Mr. Crumes' motion to substitute counsel

Wherefore undersigned counsel requests this Court appoint substitute counsel for Mr. Crume

Respectfully submitted.

S/Mark Wettle

Mark Wettle
1012 South Fourth St.
Louisville, Kentucky 40203
(502) 585-3030
Attorney for Deon Crumes

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the attached motion was served ELECTRONICALLY using the Court's ECF filing system this 23rd day January of, 2014 on all attorneys and/or parties of record.

/s/Mark Wettle